IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


ANGELA GOODWIN, et al.                                              PLAINTIFFS


VS.                                  CASE NO. 03-CV-1187


CONAGRA POULTRY COMPANY
and PILGRIM'S PRIDE CORPORATION                                    DEFENDANTS


## ORDER

Before the Court is Defendants ConAgra Poultry Company and Pilgrim's Pride

Corporation's Objections and Motion to Strike Plaintiff Angela Goodwin's Summary Judgment

Evidence. (Doc. No. 56) Defendants ask the Court to strike three categories of documents ((i)

photographs, (ii) nine affidavits and (iii) the trial testimony of John Kjeldgaard) that Goodwin

attached to her response to Defendants' motion for summary judgment on the ground that this

evidence is improper summary judgment evidence. Plaintiff Angela Goodwin has responded to

Defendants' motion to strike. (Doc. No. 69) Upon consideration, the Court finds that

Defendants' motion to strike these three categories of documents should be and hereby is

**granted**. These documents will be disregarded by the Court and not considered in reaching its

decision on Defendants' motion for summary judgment against the Plaintiff Angela Goodwin.

IT IS SO ORDERED, this 27th of March, 2006.


                                            /s/Harry F. Barnes
                                         Hon. Harry F. Barnes
                                         United States District Judge