IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ANGELA GOODWIN, et al.                                                        PLAINTIFFS

VS.                                CASE NO. 03-CV-1187

CONAGRA POULTRY COMPANY
and PILGRIM'S PRIDE CORPORATION                                DEFENDANTS

## **ORDER**

Before the Court is Defendants ConAgra Poultry Company and Pilgrim's Pride Corporation's Objections and Motion to Strike Plaintiff Nathan Robinson's Summary Judgment Evidence. (Doc. No. 73) Defendants ask the Court to strike certain evidence (Exhibits B-H) that Nelson attached to his response to Defendants' motion for summary judgment on the ground that this evidence has not been authenticated or is improper summary judgment evidence. Plaintiff Nathan Robinson has responded to Defendants' motion to strike. (Doc. No. 80) Upon consideration, the Court finds that Defendants' motion to strike as to Exhibits C-H should be and hereby is **granted**. These documents will be disregarded by the Court and not considered by it in reaching its decision on Defendants' motion for summary judgment against the Plaintiff Nathan Robinson.

IT IS SO ORDERED, this 27th of March, 2006.

                                                               /s/Harry F. Barnes
                                                             Hon. Harry F. Barnes
                                                             United States District Judge