IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ANGELA GOODWIN, et al.                                                                                   PLAINTIFFS

VS.                                            CASE NO. 03-CV-1187

CONAGRA POULTRY COMPANY
and PILGRIM'S PRIDE CORPORATION                                                       DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Motion to Extend Time to File Class Certification. (Doc. No. 170). The class certification motion in this case is currently due April 28, 2006. Defendants' response to the motion is due May 31, 2006. Plaintiffs request that the deadline for filing their class certification motion be extended to May 5, 2006. Defendants request that their response deadline be extended to June 7, 2006. Upon consideration, the Court finds that the motions should be and hereby are **granted.** Plaintiff shall have up to and including **May 5, 2006** in which to file their motion for class certification in this case. Defendants shall have up to and including **June 7, 2006** in which to file their response to the Plaintiffs' motion. The class certification hearing which is currently scheduled on June 22, 2006 at 9:00 a.m. is hereby rescheduled on **June 29, 2006,** at **9:00 a.m.** The hearing will take place in the United States Courtroom, United States Post Office and Courthouse, El Dorado, Arkansas.

IT IS SO ORDERED, this 25th day of April, 2006.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge