IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | | |
|---|---|---|
| ANGELA GOODWIN, JOHNNY GILL, NATHAN ROBINSON, EDDIE GUSBY, PAT CURRY, CAROLYN JONES AND ROBERT NELSON, For Themselves and On Behalf of All Other Persons Similarly Situated | | PLAINTIFFS |
| vs. | CASE NO. 03-1187 | |
| CONAGRA POULTRY COMPANY AND PILGRIM'S PRIDE, INCORPORATED | | DEFENDANTS |

**DEFENDANTS' EXHIBIT LIST IN SUPPORT OF THEIR RESPONSE TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

| Exhibit # | Description |
|---|---|
| Exhibit 1 | Deposition testimony of Michael Lee Gooch taken January 6-7, 2005 |
| Exhibit 2 | Deposition testimony of Angela Goodwin taken January 20-21, 2005 |
| Exhibit 3 | Deposition testimony of Nathan Robinson taken January 27, 2005 |
| Exhibit 4 | Deposition testimony of Patricia Curry taken January 28, 2005 |
| Exhibit 5 | Deposition testimony of Eddie Gusby taken February 10, 2005 |
| Exhibit 6 | Deposition testimony of Johnny Gill taken February 24, 2005 |
| Exhibit 7 | Deposition testimony of Carolyn Jones taken February 11, 2005 |
| Exhibit 8 | Deposition testimony of Robert Nelson, Jr. taken February 25, 2005 |
| Exhibit 9 | Declaration of Mark D. Taylor |
| Exhibit 10 | Excerpts from the deposition testimony of Donald Murray taken September 23, 2005 |
| Exhibit 11 | Excerpts from the deposition testimony of Gregory Hamilton taken on May 11, 2006 |

| Exhibit # | Description |
|---|---|
| Exhibit 12 | Excerpts from the deposition testimony of Lisa Woodberry taken September 21, 2005 |
| Exhibit 13 | Excerpts from the deposition testimony of LaDonna Cook taken May 19, 2005 |
| Exhibit 14 | Excerpts from the deposition testimony of Carolyn Atkins taken October 16, 2003 in Case No. 03-CV-1011 – *James Atkins v. ConAgra Poultry Company* – United States District Court for the Western District of Arkansas, El Dorado Division |
| Exhibit 15 | Excerpts from the deposition testimony of Sheila Bagley taken September 23, 2005 |
| Exhibit 16 | Excerpts from deposition testimony of Ezekiel Ridgell taken September 20, 2005 |
| Exhibit 17 | Declaration of Michael Gooch |
| Exhibit 18 | Excerpts from the deposition testimony of Vickey Frazier taken May 19, 2005 |
| Exhibit 19 | Declaration of Reginald Caver |
| Exhibit 20 | Excerpts from the deposition testimony of Doris Ellison taken September 20, 2005 |
| Exhibit 21 | Excerpts from trial and deposition testimony of Granvill Record taken July 15, 2002 in Case No. 02-1011 – *George Williams v. ConAgra Poultry Company* – United States District Court for the Western District of Arkansas, El Dorado Division |
| Exhibit 22 | Excerpts from deposition testimony of Jaucoo Bradley taken May 20, 2005 |
| Exhibit 23 | Excerpts from deposition testimony of Kirby Newsome taken May 20, 2005 |
| Exhibit 24 | Excerpts from deposition testimony of Franklin Andrews taken September 22, 2005 |
| Exhibit 25 | Excerpts from deposition testimony of Nettie O'Gwin taken September 21, 2005 |
| Exhibit 26 | Declaration of Nell Butler |

| Exhibit # | Description |
| --- | --- |
| Exhibit 27 | Excerpts from deposition testimony of Rodney Henry taken September 22, 2005 |
| Exhibit 28 | Excerpts from deposition testimony of Ophelia Loggins taken September 21, 2005 |
| Exhibit 29 | Expert Report of Linda S. Mullenix |
| Exhibit 30 | Excerpts from deposition testimony of Judy Burris taken September 22, 2005 |
| Exhibit 31 | Excerpts from deposition testimony of Curtis Ridgell taken September 21, 2005 |
| Exhibit 32 | Excerpts from deposition testimony of Derwonda Hamilton taken September 22, 2005 |

| Chart No. | Description |
| --- | --- |
| Chart 1 | Summary of MSJ Rulings on March 28, 2006 |
| Chart 2 | Other Plant employees that purported class counsel has represented |
| Chart 3 | Training Sessions Provided by Defendants |
| Chart 4 | All Plaintiffs are Unfamiliar with Purported Class Counsel and Failed to Investigate Them |
| Chart 5 | All Plaintiffs are Unfamiliar with Plaintiffs' Purported Class Action Complaint |
| Chart 6 | All Plaintiffs are Unfamiliar with the Class They Purportedly Represent |
| Chart 7 | All Plaintiffs Failed to Verify Their Interrogatory Answers |
| Chart 8 | Failure to Participate in the Prosecution of this Case and Unfamiliarity with Same |
| Chart 9 | Unfamiliarity with the Claims of Their Co-Plaintiffs and Class Members |

| Chart No. | Description |
|---|---|
| Chart 10 | All of the Plaintiffs are Unaware that Their Purported Class Counsel Represents Fred Wright, an African American |
| Chart 11 | All Plaintiffs Base their Claims on Conflicting Testimony, Rumors and Hearsay and "Shop Talk." |
| Chart 12 | Misrepresentations and Material Omissions in Plaintiffs' Class Complaint |
| Chart 13 | Additional Misrepresentations and Material Omissions in Lisa Woodberry's Affidavit and Deposition Testimony |
| Chart 14 | Interrogatory 15 |

       Respectfully submitted,

       /s/ Adam T. Dougherty
       Mark D. Taylor (admitted pro hac vice)
       Texas Bar No. 19713250
       Kimberly F. Rich (admitted pro hac vice)
       Texas Bar No. 24010344
       Adam T. Dougherty (admitted pro hac vice)
       Texas Bar No. 24026809
       BAKER & McKENZIE LLP
       2300 Trammell Crow Center
       2001 Ross Avenue
       Dallas, Texas 75201
       Telephone: 214/978-3000
       Facsimile: 214/978-3099

       - and -

       Carolyn Witherspoon
       Arkansas Bar No. 78172
       CROSS, GUNTER, WITHERSPOON &
       GALCHUS, P.C.
       500 President Clinton Blvd., Suite 200
       Little Rock, Arkansas  72201
       Telephone: 501/371-9999
       Facsimile: 501/371-0035

       ATTORNEYS FOR DEFENDANTS
       PILGRIM'S PRIDE CORPORATION OF
       DELAWARE F/K/A AND
       ERRONEOUSLY NAMED CONAGRA
       POULTRY COMPANY AND PILGRIM'S
       PRIDE CORPORATION ERRONEOUSLY
       NAMED PILGRIM'S PRIDE,
       INCORPORATED

## CERTIFICATE OF SERVICE

    I hereby certify that on June 14, 2006, I presented the foregoing *Defendants' Exhibit List in Support of their Response to Plaintiffs' Motion for Class Certification* to the Clerk of the Court for filing and uploading to the CM/ECF System which will send notification of such filing to the following:

Lloyd W. "Tre" Kitchens, III, Esq.
WELCH AND KITCHENS, LLC
P.O. Drawer 3685
Little Rock, AR  72203-3685
tkitchens@welchandkitchens.com

John W. Walker, Esq.
JOHN W. WALKER, P.A.
1723 Broadway
Little Rock, AR 72206
johnwalkeratty@aol.com

Allen Roberts
P. O. Box 280
Camden, AR 71711
allendroberts@cablelynx.com

Rickey H. Hicks
523 S. Louisiana, Suite M100
Little Rock, AR 72201
hickslawoffice@yahoo.com

Robert Pressman
22 Locust Avenue
Lexington, MA 02421
ehpressman@rcn.com

      /s/ Adam T. Dougherty
      Adam T. Dougherty