## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## EL DORADO DIVISION

**ANGELA GOODWIN, JOHNNY GILL**
**NATHAN ROBINSON, EDDIE GUSBY,**
**PAT CURRY, CAROLYN JONES,**
**ROBERT NELSON, For Themselves and**
**On Behalf of All Other Persons Similarly Situated**                **PLAINTIFFS**

**V.**                        **CASE NO.: 03-CIV-1187**

**CONAGRA POULTRY COMPANY and**
**PILGRIM'S PRIDE, INC.**                            **DEFENDANTS**

### PLAINTIFFS' MOTION TO STRIKE ADVISORY
### LEGAL OPINION OF PROFESSOR LINDA MULLENIX

Come now the Plaintiffs, by and through their counsel, and for their Motion to Strike the Advisory Legal Opinion of Professor Linda Mullenix, state:

1. Defendants have attached as Exhibit #29 to their brief the "Opinion" of Professor Linda Mullenix couching the same as an "Expert Report."

2. The opinion of Professor Mullenix was undisclosed to Plaintiffs prior to its filing.

3. Professor Mullenix states she was engaged by the Defendants to render an opinion on the "appropriateness of certification" of the class in this case.

4. The Report constitutes a legal opinion, which invades the province of the Court.

5. As set forth in the accompanying memorandum of law, the legal opinion of Professor Mullenix violates Rules 702 and 704 of the Federal Rules of Evidence and should therefore be stricken.

        Respectfully submitted,

        /s/ Morgan E. Welch
        Morgan E. "Chip" Welch
        Arkansas Bar #75136
        WELCH and KITCHENS, LLC
        One Riverfront Place, Suite 413
        North Little Rock, AR 72114
        (501) 978-3030 - Telephone

## **CERTIFICATE OF SERVICE**

I, Morgan E. Welch, do hereby certify that on the 16th day of June 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Ms. Carolyn Witherspoon
Cross, Gunter, Witherspoon & Galchus, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, AR 72201

Mr. Mark D. Taylor
Ms. Kimberly F. Rich
Mr. Adam T. Dougherty
BAKER & McKENZIE
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, TX 75201

John W. Walker, Esq.
JOHN W. WALKER, P.A.
1723 Broadway
Little Rock, AR 72206
johnwalkeratty@aol.com

Allen Roberts
P.O. Box 280
Camden, AR 71711
robertslaw@cablelynx.com

   And I hereby certify that I have mailed the document by First Class U.S. Mail to the following non-CM/ECF participants:

Robert Pressman
22 Locust Avenue
Lexington, MA 02421

Ricky H. Hicks
523 S. Louisiana, Suite M100
Little Rock, AR 72201

               /s/ Morgan E. Welch