# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

### **MINUTES**

PLAINTIFF
    ATTY: _____

JUDGE: _____

REPORTER: _____

CLERK: _____

CASE NO. _____

DEFENDANT
    ATTY: _____

DATE: _____

ACTION: _____

| TIME | MINUTES |
|------|---------|
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |

CASE NO. _____   DATE: _____

<u>TIME</u>                                    <u>MINUTES</u>