IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ANGELA GOODWIN, JOHNNY GILL
NATHAN ROBINSON, EDDIE GUSBY,
PAT CURRY, CAROLYN JONES,
For Themselves and On Behalf of All Other
Persons Similarly Situated                                                           PLAINTIFFS


VS.                                   CASE NO. 03-CV-1187


CONAGRA POULTRY COMPANY
and PILGRIM'S PRIDE, INC.                                                            DEFENDANTS


## ORDER

Before the Court is Plaintiffs' Motion for Class Certification. (Doc. No. 172). Plaintiffs seek class treatment of a putative class of African-American employees of the Defendants, ConAgra Poultry Company and/or Pilgrim's Pride, Inc. The Defendants have responded to the motion. (Doc. Nos. 176-185). Upon consideration, for the reasons set forth in the Court's Memorandum Opinion of even date, the Court finds that the Plaintiffs' Motion for Class Certification should be and hereby is **denied**. The Court anticipates that the Plaintiffs will seek an immediate appeal of this matter to the United States Court of Appeals for the Eighth Circuit pursuant to Rule 23(f) of the Federal Rules of Civil Procedure. Therefore, the Court finds that this proceeding should be and hereby is stayed until such time as the Circuit Court rules on the Plaintiffs' appeal and the matter is returned to this Court for further adjudication.

IT IS SO ORDERED, this 15th day of May, 2007.

                                            /s/Harry F. Barnes
                                            Hon. Harry F. Barnes
                                            United States District Judge