IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ANGELA GOODWIN, JOHNNY GILL,
NATHAN ROBINSON, EDDIE GUSBY,
PATRICIA CURRY, CAROLYN JONES AND
ROBERT NELSON, For Themselves and On
Behalf of All Other Persons Similarly Situated        PLAINTIFFS

VS.                          CASE NO. 03-CV-1187

CONAGRA POULTRY COMPANY AND
PILGRIM'S PRIDE, INCORPORATED                        DEFENDANTS

**ORDER**

On May 15, 2007, class certification was denied in this case. Since this matter will not be proceeding as a class action, it was agreed that each Plaintiff would proceed with his or her individual claims in a separate case under a newly assigned case number. To achieve this end, each Plaintiff was directed to file an Amended Complaint in this case setting forth their individual claims against the Defendants. Each individual Amended Complaint would then be filed in a separate case with a new case number.

As directed by the Court, each individual Plaintiff has filed his or her individual Amended Complaint in this case. Accordingly, the Clerk is hereby directed to open a new case under a new case number for each individual Plaintiff in this case. Thereafter, the Clerk is directed to close Case No. 03-CV-1187.

IT IS SO ORDERED, this 19th day of September, 2007.

    /s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge